

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00215-CR

Ronnie **ZIEGLER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9083W
Honorable Melisa Skinner, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
               Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice

Delivered and Filed:  August 8, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by appellant's attorney. Attached to the motion is an affidavit from appellant in support of the motion to dismiss. Appellant's motion to dismiss is granted, and this appeal is dismissed.[1] *See* TEX. R. APP. P. 42.2(a).

PER CURIAM

DO NOT PUBLISH

---

[1] Appellant's motion to dismiss does not ask this court to expedite the issuance of the mandate. *See* TEX. R. APP. P. 18.1(c). Appellant may seek this relief, if desired, by separate motion. *See id.*